| | |
|---|---|
| 1 | MCGUIREWOODS LLP |
|   | A. BROOKS GRESHAM (SBN 155954) |
| 2 | bgresham@mcguirewoods.com |
|   | TRACY EVANS MOYER (SBN 243212) |
| 3 | tmoyer@mcguirewoods.com |
|   | ERIKA L. PENNINGTON (SBN 246237) |
| 4 | epennington@mcguirewoods.com |
|   | 1800 Century Park East, 8th Floor |
| 5 | Los Angeles, California 90067 |
|   | Telephone: (310) 315-8200 |
| 6 | Facsimile: (310) 315-8210 |
| 7 | Attorneys for Defendant SPRINT |
|   | NEXTEL CORPORATION (special appearance), |
| 8 | Sprint Spectrum, L.P. and Sprint Solutions, Inc. |

FILED

FEB 1 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BAISA LOCKHART and GENE LOCKHART, on behalf of themselves and all others similarly situated, | CASE NO. C10-05621-SBA |
| Plaintiffs, | AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS; [PROPOSED] ORDER |
| vs. | |
| SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS INC., SPRINT SPECTRUM LP, MINORCO LP, SWV TWO LP, and SPRINT SPECTRUM HOLDING COMPANY LP, | |
| Defendants. | |

1  WHEREAS on January 5, 2011, plaintiffs Arlene and Gene Lockhart ("Plaintiffs") filed an
2  Amended Class Action Complaint, Dkt. No. 20 ("Amended Complaint"), against defendants
3  Sprint Nextel Corporation ("SNC"), Sprint Solutions Inc., Sprint Nextel Corporation, MinorCo,
4  L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P.;

5  WHEREAS in reliance upon the Representations set forth in the January 28, 2011
6  declaration of Scott Andreasen, filed simultaneously herewith, Plaintiffs agree to dismiss Sprint
7  Nextel Corporation, MinorCo, L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P.
8  from this action.

9  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
10  attorneys for the undersigned parties that:

11  Plaintiffs will dismiss, without prejudice, defendants Sprint Nextel Corporation, MinorCo,
12  L.P., SWV Two, L.P. and Sprint Spectrum Holding Company, L.P;

13  Sprint Spectrum, L.P. and Sprint Solutions, Inc. will agree to accept service of the
14  Amended Complaint on behalf of Sprint Spectrum, L.P. and Sprint Solutions, Inc.; and

15  Sprint Spectrum, L.P. and Sprint Solutions, Inc. agree to respond to the Amended
16  Complaint on or before February 3, 2011.

17  **IT IS SO STIPULATED.**

18  Dated: February 8, 2011                    MCGUIREWOODS LLP

19                                            By:   /s/ A. Brooks Gresham
20                                                  A. Brooks Gresham
                                                    Attorneys for Defendants SPRINT NEXTEL
21                                                  CORPORATION **(special appearance)**,
                                                    SPRINT SOLUTIONS, INC., SPRINT
22                                                  SPECTRUM, L.P.

23

24  Dated: February 8, 2011                    BURSOR & FISHER, P.A.

25                                            By:   L. Timothy Fisher
                                                    L. Timothy Fisher
26                                                  Attorneys for Plaintiffs ARLENE BAISA
                                                    LOCKHART and GENE LOCKHART
27

28

292783971.1                                    2
AMENDED STIPULATION TO DISMISS CERTAIN OF THE NAMED DEFENDANTS
CASE NO. C10-05621 SBA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/10/11         By: _____
                           The Honorable Saundra Brown Armstrong
                           Judge, United States District Court

## CERTIFICATE OF SERVICE

I, A. Brooks Gresham, certify that on February 8, 2011, the foregoing Amended Stipulation to Dismiss Certain of the Named Defendants; [Proposed] Order was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Attorneys for Plaintiffs:

Alan Roth Plutzik; aplutzik@bramsonplutzik.com
Lawrence Timothy Fisher; ltfisher@bursor.com
Scott A. Bursor; scott@bursor.com

In addition, on February 8, 2011, the following parties without listed NEF email addresses were served copies of the foregoing efiled document via First Class, Postage-Paid U.S. Mail:

Attorneys for Plaintiffs:

Aaron P. Davis, Esq.
Barry L. Davis, Esq.
Thornton Davis & Fein, P.A.
Brickell Bay View Centre, Suite 2900
80 SW Eighth Street
Miami, FL 33130

/s/ A Brooks Gresham.
A. Brooks Gresham