UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARLENE BAISA LOCKHART and GENE LOCKHART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Case No: C 10-5621 SBA<br><br>**ORDER HOLDING MOTIONS IN ABEYANCE PENDING RESOLUTION OF MOTIONS TO TRANSFER FOR MDL PROCEEDINGS** |
| SCOTT TALLAL, AL ALBERTO, CRAIG MORRIS, MATT TILLMAN, and SAHLIMAR GUERRA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Case No: C 10-5660 SBA |

IT IS HEREBY ORDERED THAT the pending motions in the above-captioned actions (Dockets 4, 18, 28, and 33 in Case No. C 10-5660 SBA, and Dockets 5, 7, 26, 39, and 44 in Case No. 10-5621 SBA) shall be held in ABEYANCE pending resolution of the motions to transfer for consolidated and coordinated pretrial proceedings, which currently are under consideration by the Judicial Panel on Multidistrict Litigation ("Panel"). The parties shall notify this Court forthwith upon the Panel's issuance of its decision on the transfer motions. The April 19, 2011 and April 26, 2011 motion hearings and the April 19, 2011 Case Management Conference are VACATED. This Order shall be filed in both of the above actions.

///

1        IT IS SO ORDERED.

2    Dated: February 17, 2011

                                                         *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge