1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12   ARLENE BAISA LOCKHART and GENE
     LOCKHART, on behalf of themselves and all
     others similarly situated,

13                    Plaintiffs,

14          vs.

15   SPRINT SOLUTIONS INC., SPRINT
     SPECTRUM LP,

16

17                    Defendants.

18

CASE NO. C10-05621-SBA

**ORDER RE DEFENDANTS SPRINT
SPECTRUM, L.P.'S AND SPRINT
SOLUTIONS, INC.'S
MOTION FOR ADMINISTRATIVE
RELIEF TO VACATE DEADLINES FOR
RULE 26 CONFERENCE AND RULE 26
EXCHANGE IN LIGHT OF PENDING
MDL PROCEEDINGS**

19

20

21

22

23

24

25

26

27

28

29637924.1

1    Having considered Defendants Sprint Spectrum, L.P.'s and Sprint Solutions, Inc.'s Motion

2  For Administrative Relief to Vacate Deadlines for Rule 26 Conference and Rule 26 Exchange in

3  Light Of Pending MDL Proceedings, **IT IS HEREBY ORDERED THAT:**

4    Sprint Spectrum, L.P.'s and Sprint Solutions, Inc.'s Motion for Administrative Relief is

5  GRANTED in light of the Judicial Panel on Multidistrict Litigation proceedings currently pending

6  and scheduled for hearing on March 30, 2011 in San Diego, California.

7    **IT IS FURTHER ORDERED THAT:**

8    (1) the March 1, 2011 deadline to file ADR Certification is vacated;

9    (2) the March 1, 2011 deadline to file either stipulation to ADR Process or Notice of Need

10 for ADR Phone Conference is vacated;

11    (3) the March 1, 2011 deadline to meet and confer re: Initial Disclosures, Early Settlement,

12 ADR Process Selection and Discovery Plan is vacated;

13    (4) the March 15, 2011 deadline to submit Rule 26(f) Report, complete initial disclosures

14 or state objection in Rule 26(f) Report and file Case Management Statement is vacated.

15

16

17 DATED: 3/1/11          By:    _____

18                              Saundra Brown Armstrong
                               United States District Court Judge
19

20 Respectfully submitted,

21 DATED: February 24, 2011
22 MCGUIREWOODS LLP
   By  /s/ Erika L. Pennington.
23 Erika L. Pennington
   Attorneys for Defendants Sprint Solutions, Inc.
24 and Sprint Spectrum LP

25

26

27

28

29637924

ORDER RE SPRINT'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C10-05621-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

ORDER RE SPRINT'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C10-05621-SBA